```
McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:06 mj 00140 |
| ) | |
| Plaintiff, ) | CONSENT TO EXTEND TIME FOR |
| ) | INDICTMENT;(FED.R.CRIM.P. |
| v. ) | 5©)); ORDER |
| ) | DENYING REQUEST TO EXTEND |
| MICHAEL J. HERNANDEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |

I, MICHAEL J. HERNANDEZ, having been advised that I have a right to have a preliminary hearing within ten (10) days following my initial appearance if I am in custody, or twenty (20) days otherwise, pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure and that I may consent to an extension of the deadline to have a preliminary hearing, I hereby do knowingly and intelligently consent to extend the preliminary hearing currently scheduled for **June 16, 2006, at 10:30 am** until **July 7, 2006 at 10:30am.**

///

///

1

1 | I have consulted with counsel regarding this matter.

2 | DATED: June 9, 2006

3 | /s/ Michael J. Hernandez
MICHAEL J. HERNANDEZ
4 | Defendant

6 | DATED: June 9, 2006

7 | /s/ Ann H. Voris
ANN VORIS
8 | Counsel for Defendant

10 | THE COURT HAS RECEIVED THE CONSENT AND REQUEST TO EXTEND THE TIME SET FOR THE CONTINUANCE OF THE CURRENTLY-SET PRELIMINARY
11 | EXAMINATION. THE REQUEST IS DENIED PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 5.1(d). THERE HAS BEEN NO SHOWING OF
12 | GOOD CAUSE AS REQUIRED. CONSENT IS NOT ENOUGH.

13 | IT IS SO ORDERED.

14 | **Dated:   June 12, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE

2