1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED

JUN 1 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06 mj 00140 |
| | ) | |
| Plaintiff, | ) | CONSENT TO EXTEND TIME FOR |
| | ) | PRELIMINARY HEARING |
| v. | ) | (FED.R.CRIM.P. 5.1(d)) |
| | ) | |
| MICHAEL J. HERNANDEZ, | ) | |
| | ) | ORDER |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

I, MICHAEL J. HERNANDEZ, having been advised that I have a right to have a preliminary hearing within ten (10) days following my initial appearance if I am in custody, or twenty (20) days otherwise, pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure and that I may consent to an extension of the deadline to have a preliminary hearing, I hereby do knowingly and intelligently consent to extend the preliminary hearing currently scheduled for June 16, 2006 at 10:30 a.m. until **July 7, 2006 at 10:30 a.m.**

1     Further, good cause exists for this extension as I have been
2 advised by my counsel that the government is considering charging
3 me with a misdemeanor offense and this additional will allow the
4 government make that determination. Finally, as I am now out of
5 custody, the government has additional time to conduct the
6 preliminary hearing in any case. Because the extension of time is
7 to my benefit, I hereby consent to it.
8     I have consulted with counsel regarding this matter.

9 DATED: June 13, 2006           /s/ Michael Hernandez
                                MICHAEL J. HERNANDEZ
10                                 Defendant

11
DATED: June 13, 2006           /s/ Ann H. Voris
12                                 ANN H. VORIS
                                Counsel for Defendant

15 DATED: June 15, 2006

                                LAWRENCE J. O'NEILL
16                                 U.S. MAGISTRATE JUDGE

2