```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARIANNE A. PANSA
    Assistant U.S. Attorney
 3  Federal Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                      EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )   1:06 mj 00140
                                 )
13              Plaintiff,       )   WAIVER OF PRELIMINARY HEARING
                                 )   (FED.R.CRIM.P. 5.1(a)(1)) AND
14       v.                      )   PROPOSED ORDER
                                 )
15  MICHAEL J. HERNANDEZ,        )
                                 )
16                               )
                Defendant.       )
17  _____)
18
```

19      I, MICHAEL J. HERNANDEZ, having been advised that I have a
20 right to have a preliminary hearing within ten (10) days following
21 my initial appearance if I am in custody, or twenty (20) days
22 otherwise, pursuant to Rule 5(c) of the Federal Rules of Criminal
23 Procedure. Further, I understand that I may waive my right to a
24 preliminary hearing pursuant to Rule 5(a)(1) of the Federal Rules
25 of Criminal Procedure. Accordingly, I hereby knowingly and
26 intelligently waive my right to a preliminary hearing which is
27 currently scheduled for **July 7, 2006, at 10:30 a.m.**  Also, I
28 request that the court vacate the preliminary hearing date and

reschedule a status conference to **July 19, 2006 at 10:30 a.m.** for a possible change of plea. The parties stipulate to next hearing date and agree that time will be excluded until **July 19, 2006** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) so that plea negotiations may continue and for defense preparation.

DATED: 7/6/06                    /s/ Michael Hernandez
                                 MICHAEL J. HERNANDEZ
                                 Defendant
                                 (consent given to sign by
                                 defense counsel)

DATED: 7/6/06                    /s/ Ann Voris
                                 ANN VORIS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (Consent given to sign)

DATED : 7/6/06                   /s/ Marianne A. Pansa
                                 Assistant U.S. Attorney
                                 Marianne A. Pansa

**IT IS HEREBY ORDERED** that the defendant has waived his right to a preliminary hearing pursuant to Rule 5(a)(1) of the Federal Rules of Criminal Procedure. Accordingly, the preliminary hearing scheduled for July 7, 2006 at 10:30 a.m. is vacated. A status conference will be held on **July 19, 2006 at 10:30 a.m.** Time is excluded through July 19, 2006, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:    July 6, 2006**              **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE